## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA-

In Re:  Katie E.  Bryant                    :        Case No.   20-10622-amc
                                            :
                                            :
                                            :
                        Debtor      :        Chapter 13
                                            :
                                            :

## CERTIFICATE OF SERVICE

I, Kim Y. Brand, Legal Assistant at Spear, P.C.  hereby certify notice of the  341a Meeting of Creditors scheduled for March 25, 2020,  has been rescheduled and will now be held on April 6, 2020, 10:30  a.m.  at 1234 Market Street Ste. 18-341,  Philadelphia, PA 19107.  Said notice  was served on March 16, 2020, to  the following creditors on the attached service list,  by First Class U.S. Mail:

/s/Kim Y. Brand_____
Kim Y. Brand, Bankruptcy Legal Assistant
SPEAR WILDERMAN, P.C.
230 S. Broad Street, Suite 1400
Philadelphia, PA 19102

Date: March 16, 2020

**Service List**
**Katie E.  Bryant Case No.  20-10622-amc**

<u>Trustee</u>
William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

<u>Counsel for Pennsylvania Housing Finance</u>
Rebecca A Solarz, Esquire
 Kevin G. McDonald, Esquire
 KML Law Group, P.C.
 701 Market Street, Suite 5000
Philadelphia, PA 19106

<u>Secured Creditor</u>
PA Housing Finance Agency
2101 N. Front Street
Harrisburg, PA 17110-1086

<u>Creditors</u>
Web Bank Fingerhut
6250 Ridgewood ROA
Saint Cloud, MN 56303

Best Buy/CBNA
P.O. Box 6497
Sioux Falls, SD 57117

Bridgecrest Acceptance Corp.
7300 E Hampton Ave
Suite 101
Mesa, AZ 85209

Caine & Weiner
P.O. Box 55848
Sherman Oaks, CA 91411

Capital One /Best Buy
P.O. Box 30253
Salt Lake City, UT 84130-0253

Cavalry Portfolio Services
500 Summit Lake Dr. Ste 4A
Valhalla, NY 10595

City of Philadelphia
P.O. Box 56318
Philadelphia, PA 19130

Comenity Bank / Lane Bryant
PO Box 182789
Columbus OH 43218

Credit Acceptance Corporation
P.O. Box 5070
Southfield, MI 48086

Credit One Bank
PO Box 98872
Las Vegas, NV 89193-8872

Department of ED/Navient
P.O. Box 9635
Wilkes Barre, PA 18773

Eagle One Federal Credit Union
3301 Philadelphia Pike
Claymont, DE 19703

Eagle One Federal Credit Union
P.O. Box 33345
Philadelphia, PA 19142

Eagle One Federal Credit Union
3301 Philadelphia Pike
Claymont, DE 19703

Eagle One Federal Credit Union
P.O. Box 33345
Philadelphia, PA 19142

First Premier Bank

PO Box 5524
Sioux Falls, SD 57177-5524


Jefferson Capital Systems, LLC
P.O. Box  772813
Chicago, IL 60677-2813

Keybank, N.A.
4910 Tiedmann Road
Client Svcs OH 01-05-0562
Brooklyn, OH 44144

KML Law Group
701 Market Street
Suite 5000
attn. Matthew Fissel, Esq.
Philadelphia, PA 19106

Lendmark Financial
P.O. Box 2969
Covington, GA 30015


Midland Credit Management, Inc
2365 Northside Drive
Suite 300
San Diego, CA 92108

PA Housing Finance Agency
2101 N. Front Street
Harrisburg, PA 17110-1086

Pennsylvania  Department of Labor
and Industry
Office of Unemployment Compensation
Harrisburg, PA 17106

Philadelphia Court of Common Pleas
City Hall
Room 296
Trial Division - Civil
Philadelphia, PA 19107

Pinnacle Federal Credit Union
135 Raritan Center Parkway
Edison, NJ 08837-3625

Plaza Services
110 Hammond Drive
Atlanta, GA 30328

Portfolio Recovery Associates, LLC
120 Corporate Blvd., Suite 100
Norfolk, VA 23502

Radius Global Solutions LLC
P.O. Box 390905
Mail Code USAA
Minneapolis, MN 55439

Sprint
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS 66251-4300

The Bank of Missouri-Total Visa
PO Box 85710
Sioux Falls, SD 57118

The Bank of Missouri-Total Visa
P.O. Box 85710
Sioux Falls, SD 57118

Verizon
P.O. Box 650584
Dallas, TX 75265

Water Revenue Bureau
1401 John F Kennedy Blvd
Room 580