United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 20-10622-amc
Katie E. Bryant                                                           Chapter 13
       Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Belinda              Page 1 of 2           Date Rcvd: Apr 09, 2020
                          Form ID: 309I              Total Noticed: 48

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 11, 2020.
```
db              +Katie E. Bryant,    523 Rosalie Street,    Philadelphia, PA 19120-1221
aty             +JACK K. MILLER,    Jack K Miller Esq.,    The Bouse Bldg.,    111 S. Independence Mall E.,
                  Philadelphia, PA 19106-2515
14460698        +Best Buy/CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
14460700       ++CAINE & WEINER COMPANY,    12005 FORD ROAD 300,    DALLAS TX 75234-7262
                (address filed with court: Caine & Weiner,    P.O. Box 55848,    Sherman Oaks, CA 91411)
14460703        +City of Philadelphia,    P.O. Box 56318,    Philadelphia, PA 19130-6318
14460705        +Credit Acceptance Corporation,    P.O. Box 5070,    Southfield, MI 48086-5070
14460708        +Eagle One Federal Credit Union,    3301 Philadelphia Pike,    Claymont, DE 19703-3102
14460709        +Eagle One Federal Credit Union,    P.O. Box 33345,    Philadelphia, PA 19142-0545
14460715        +KML Law Group,    701 Market Street,    Suite 5000,    attn. Matthew Fissel, Esq.,
                  Philadelphia, PA 19106-1541
14460716        +Lendmark Financial,    P.O. Box 2969,    Covington, GA 30015-7969
14460719         Pennsylvania Department of Labor,    and Industry,    Office of Unemployment Compensation,
                  Harrisburg, PA 17106
14460720         Philadelphia Court of Common Pleas,    City Hall,    Room 296,    Trial Division - Civil,
                  Philadelphia, PA 19107
14460724        +Radius Global Solutions LLC,    P.O. Box 390905,    Mail Code USAA,    Minneapolis, MN 55439-0905
14460726        +The Bank of Missouri-Total Visa,    PO Box 85710,    Sioux Falls, SD 57118-5710
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
aty              E-mail/Text: ccassie@spearwilderman.com Apr 10 2020 04:49:35     CHRISTOPHER G. CASSIE,
                  Spear Wilderman, P.C.,    230 South Broad Street,    Suite 1400,    Philadelphia, PA  19102
tr              +E-mail/Text: bncnotice@ph13trustee.com Apr 10 2020 04:51:48     WILLIAM C. MILLER, Esq.,
                  Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
smg              E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:21     City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Apr 10 2020 04:50:23
                  Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                  Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Apr 10 2020 04:50:58     U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
ust              E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Apr 10 2020 04:50:38     United States Trustee,
                  Office of the U.S. Trustee,    200 Chestnut Street,    Suite 502,    Philadelphia, PA 19106-2908
14490950        +EDI: ATLASACQU Apr 10 2020 08:13:00      Atlas Acquisitions LLC,    294 Union St.,
                  Hackensack, NJ 07601-4303
14460699        +EDI: DVTM.COM Apr 10 2020 08:13:00      Bridgecrest Acceptance Corp.,    7300 E Hampton Ave,
                  Suite 101,    Mesa, AZ 85209-3324
14466206        +EDI: DVTM.COM Apr 10 2020 08:13:00      Bridgecrest Credit Company LLC,    PO Box 29018,
                  Phoenix, AZ 85038-9018
14460729         E-mail/Text: megan.harper@phila.gov Apr 10 2020 04:51:20     Water Revenue Bureau,
                  1401 John F Kennedy Blvd,    Room 580,    Philadelphia, PA 19102
14460701         EDI: CAPITALONE.COM Apr 10 2020 08:13:00      Capital One /Best Buy,    P.O. Box 30253,
                  Salt Lake City, UT 84130-0253
14460702        +E-mail/Text: bankruptcy@cavps.com Apr 10 2020 04:50:52     Cavalry Portfolio Services,
                  500 Summit Lake Drste 4A,    Valhalla, NY 10595-2323
14463102        +E-mail/Text: bankruptcy@cavps.com Apr 10 2020 04:50:52     Cavalry SPV I, LLC,
                  500 Summit Lake Drive, Ste 400,    Valhalla, NY 10595-2321
14460704        +EDI: WFNNB.COM Apr 10 2020 08:13:00      Comenity Bank/LaneBryant,    PO Box 182789,
                  Columbus OH 43218-2789
14460706         E-mail/PDF: creditonebknotifications@resurgent.com Apr 10 2020 04:46:21     Credit One Bank,
                  PO Box 98872,    Las Vegas, NV 89193-8872
14460707        +EDI: NAVIENTFKASMDOE.COM Apr 10 2020 08:13:00      Department of ED/Navient,    P.O. Box 9635,
                  Wilkes Barre, PA 18773-9635
14460712        +EDI: AMINFOFP.COM Apr 10 2020 08:13:00      First Premier Bank,    PO Box 5524,
                  Sioux Falls, SD 57117-5524
14488513         EDI: JEFFERSONCAP.COM Apr 10 2020 08:13:00      Jefferson Capital Systems LLC,    Po Box 7999,
                  Saint Cloud Mn 56302-9617
14460713         EDI: JEFFERSONCAP.COM Apr 10 2020 08:13:00      Jefferson Capital Systems, LLC,
                  P.O. Box 772813,    Chicago, IL 60677-2813
14460714        +E-mail/Text: key_bankruptcy_ebnc@keybank.com Apr 10 2020 04:50:47     Keybank, N.A.,
                  4910 Tiedmann Road,    Client Svcs OH 01-05-0562,    Brooklyn, OH 44144-2338
14478460        +E-mail/Text: laura@redbanklaw.com Apr 10 2020 04:49:45     McKenna, DuPont, Higgins & Stone,
                  PO Box 610,    Red Bank, NJ 07701-0610
14460717        +EDI: MID8.COM Apr 10 2020 08:13:00      Midland Credit Management, Inc,    2365 Northside Drive,
                  Suite 300,    San Diego, CA 92108-2709
14485601        +EDI: MID8.COM Apr 10 2020 08:13:00      Midland Funding, LLC,    Midland Credit Management, Inc.,
                  PO Box 2011,    Warren, MI 48090-2011
14460718         E-mail/Text: blegal@phfa.org Apr 10 2020 04:50:40     PA Housing Finance Agency,
                  2101 N. Front Street,    Harrisburg, PA 17110-1086
14460722         E-mail/Text: info@plazaservicesllc.com Apr 10 2020 04:49:42     Plaza Services,
                  110 Hammond Drive,    Atlanta, GA 30328
```

```
District/off: 0313-2          User: Belinda              Page 2 of 2                    Date Rcvd: Apr 09, 2020
                              Form ID: 309I              Total Noticed: 48
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
```
14478461       +E-mail/Text: laura@redbanklaw.com Apr 10 2020 04:49:45      PO Box 610,
                 C/O McKenna, DuPont, Higgins & Ston,    PO Box 610,    PO Box 610,    Red Bank, NJ 07701-0610
14460723        EDI: PRA.COM Apr 10 2020 08:13:00       Portfolio Recovery Associates, LLC,
                 120 Corporate Blvd., Suite 100,    Norfolk, VA 23502
14472369        EDI: PRA.COM Apr 10 2020 08:13:00       Portfolio Recovery Associates, LLC,    POB 41067,
                 Norfolk, VA 23541
14490093       +E-mail/Text: blegal@phfa.org Apr 10 2020 04:50:40      Pennsylvania Housing Finance Agency,
                 211 North Front Street,    Harrisburg, PA 17101-1406
14460721       +E-mail/Text: Bankruptcy@pinnaclefcu.com Apr 10 2020 04:49:56       Pinnacle Federal Credit Union,
                 135 Raritan Center Parkway,    Edison, NJ 08837-3645
14488424       +EDI: JEFFERSONCAP.COM Apr 10 2020 08:13:00       Premier Bankcard, Llc,
                 Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
14460725        EDI: NEXTEL.COM Apr 10 2020 08:13:00       Sprint,    KSOPHT0101-Z4300,    6391 Sprint Parkway,
                 Overland Park, KS 66251-4300
14460728       +EDI: VERIZONCOMB.COM Apr 10 2020 08:13:00       Verizon,    P.O. Box 650584,
                 Dallas, TX 75265-0584
14460697       +EDI: BLUESTEM Apr 10 2020 08:13:00       Web Bank Fingerhut,    6250 Ridgewood ROA,
                 Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 34

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*           +WILLIAM C. MILLER, Esq.,    Chapter 13 Trustee,    P.O. Box 1229,    Philadelphia, PA 19105-1229
14460710*      +Eagle One Federal Credit Union,    3301 Philadelphia Pike,    Claymont, DE 19703-3102
14460711*      +Eagle One Federal Credit Union,    P.O. Box 33345,    Philadelphia, PA 19142-0545
14460727*      +The Bank of Missouri-Total Visa,    P.O. Box 85710,    Sioux Falls, SD 57118-5710
                                                                                               TOTALS: 0, * 4, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 11, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 9, 2020 at the address(es) listed below:
              CHRISTOPHER G. CASSIE    on behalf of Debtor Katie E. Bryant ccassie@spearwilderman.com,
               kbrand@spearwilderman.com
              JACK K. MILLER    on behalf of Trustee WILLIAM C. MILLER, Esq. philaecf@gmail.com,
               ecfemails@ph13trustee.com
              REBECCA ANN SOLARZ    on behalf of Creditor    Pennsylvania Housing Finance Agency
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    on behalf of Trustee WILLIAM C. MILLER, Esq. ecfemails@ph13trustee.com,
               philaecf@gmail.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                               TOTAL: 6
```

| **Information to identify the case:** | | | | |
|---|---|---|---|---|
| Debtor 1 | **Katie E. Bryant** | | Social Security number or ITIN | **xxx–xx–9707** |
| | First Name   Middle Name   Last Name | | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | | Social Security number or ITIN | _ _ _ _ |
| | | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of Pennsylvania** | | Date case filed for chapter | **13   1/31/20** |
| Case number: | **20–10622–amc** | | | |

Official Form 309I

# Notice of Chapter 13 Bankruptcy Case

12/17

**For the debtors listed above, a case has been filed under chapter 13 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Confirmation of a chapter 13 plan may result in a discharge. Creditors who assert that the debtors are not entitled to a discharge under 11 U.S.C. § 1328(f) must file a motion objecting to discharge in the bankruptcy clerk's office within the deadline specified in this notice. Creditors who want to have their debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office by the same deadline. (See line 13 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Katie E. Bryant | |
| 2. | **All other names used in the last 8 years** | aka Katie Blue, aka Katie Bryant Blue | |
| 3. | **Address** | 523 Rosalie Street<br>Philadelphia, PA 19120–1000 | |
| 4. | **Debtor's attorney**<br>Name and address | CHRISTOPHER G. CASSIE<br>Spear Wilderman, P.C.<br>230 South Broad Street<br>Suite 1400<br>Philadelphia, PA 19102 | Contact phone 215–732–0101<br><br>Email: ccassie@spearwilderman.com |
| 5. | **Bankruptcy trustee**<br>Name and address | WILLIAM C. MILLER, Esq.<br>Chapter 13 Trustee<br>P.O. Box 1229<br>Philadelphia, PA 19105 | Contact phone 215–627–1377<br><br>Email: ecfemails@ph13trustee.com |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.gov. | 900 Market Street<br>Suite 400<br>Philadelphia, PA 19107 | Hours open:<br>Philadelphia Office –– 8:30 A.M. to 5:00 P.M;<br>Reading Office –– 8:00 A.M. to 4:30 P.M.<br><br>Contact phone (215)408–2800<br><br>Date: 4/9/20 |
| | **\*\*AMENDED MEETING NOTICE DUE TO CHANGE IN LOCATION\*\*** | | |

**For more information, see page 2**

| | | |
|---|---|---|
| **7. Meeting of creditors**<br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **April 27, 2020 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | **Location:**<br>**The Mtg of Creditors will be conducted, via telephonic conference.All interested, parties shall contact the Trustee, for connection details** |
| **8. Deadlines**<br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **Deadline to file a complaint to challenge dischargeability of certain debts:**<br>**You must file:**<br>• a motion if you assert that the debtors are not entitled to receive a discharge under U.S.C. § 1328(f), or<br>• a complaint if you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4). | **Filing deadline: 5/24/20** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):** | **Filing deadline: 4/10/20** |
| | **Deadline for governmental units to file a proof of claim:** | **Filing deadline: 7/29/20** |
| | **Deadlines for filing proof of claim:**<br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office.<br>If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:**   30 days after the *conclusion* of the meeting of creditors |
| **9. Filing of plan** | The debtor has filed a plan.This plan proposes payment to the trustee of $1102.00 per month for 60 months. The plan is enclosed. The hearing on confirmation will be held on:<br>**4/14/20** at **10:00 AM** , Location: **Courtroom #4, 900 Market Street, Philadelphia, PA 19107** | |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadline in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Filing a chapter 13 bankruptcy case** | Chapter 13 allows an individual with regular income and debts below a specified amount to adjust debts according to a plan. A plan is not effective unless the court confirms it. You may object to confirmation of the plan and appear at the confirmation hearing. A copy of the plan, if not enclosed, will be sent to you later, and if the confirmation hearing is not indicated on this notice, you will be sent notice of the confirmation hearing. The debtor will remain in possession of the property and may continue to operate the business, if any, unless the court orders otherwise. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors, even if the case is converted to chapter 7. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at  www.pacer.gov. If you believe that the law does not authorize an exemption that debtors claimed, you may file an objection by the deadline. | |
| **13. Discharge of debts** | Confirmation of a chapter 13 plan may result in a discharge of debts, which may include all or part of a debt. However, unless the court orders otherwise, the debts will not be discharged until all payments under the plan are made. A discharge means that creditors may never try to collect the debt from the debtors personally except as provided in the plan. If you want to have a particular debt excepted from discharge under 11 U.S.C. § 523(a)(2) or (4), you must file a complaint and pay the filing fee in the bankruptcy clerk's office by the deadline. If you believe that the debtors are not entitled to a discharge of any of their debts under 11 U.S.C. § 1328(f), you must file a motion by the deadline. | |