**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: : | |
| : | Case No. 20-10622-amc |
| Katie E. Bryant : | |
| : | Chapter 13 |
| Debtor : | |
| : | |

## **CERTIFICATE OF SERVICE**

I, Christopher G. Cassie, Esq., of Spear Wilderman, P.C., hereby certify that the **First Amended Chapter 13 Plan** was served to the following on the attached service list on April 16, 2020 by First Class U.S. Mail.

/s/ Christopher G. Cassie
Christopher G. Cassie, Esq.
SPEAR WILDERMAN, P.C.
230 S. Broad Street
Suite 1400
Philadelphia, PA 19102
Tel. 215-732-0101
Fax 215-732-7790
ccassie@spearwilderman.com

Date: April 16, 2019

```
PA Dept. of Labor & Industry          Atlas Acquisitions LLC
Office of Chief Counsel               294 Union St.
Tenth Floor                           Hackensack, NJ 07601-4303
Labor & Industry Building
651 Boas Street
Harrisburg, PA 17121-0751


Atlas Acquisitions LLC                Best Buy/CBNA                         Bridgecrest Acceptance Corp.
Attn: Avi Schild                      P.O. Box 6497                         7300 E Hampton Ave
294 Union St.                         Sioux Falls, SD 57117-6497            Suite 101
Hackensack, NJ 07601-4303                                                   Mesa, AZ 85209-3324


Bridgecrest Credit Company LLC        (p)CAINE & WEINER COMPANY             Capital One /Best Buy
PO Box 29018                          12005 FORD ROAD 300                   P.O. Box 30253
Phoenix, AZ 85038-9018                DALLAS TX 75234-7262                  Salt Lake City, UT 84130-0253


Cavalry Portfolio Services            Cavalry SPV I, LLC                    City of Philadelphia
500 Summit Lake Drste 4A              500 Summit Lake Drive, Ste 400        P.O. Box 56318
Valhalla, NY 10595-2323               Valhalla, NY 10595-2321               Philadelphia, PA 19130-6318


Comenity Bank/LaneBryant              Credit Acceptance Corporation         Credit One Bank
PO Box 182789                         P.O. Box 5070                         PO Box 98872
Columbus OH 43218-2789                Southfield, MI 48086-5070             Las Vegas, NV 89193-8872


Department of ED/Navient              Eagle One Federal Credit Union        Eagle One Federal Credit Union
P.O. Box 9635                         3301 Philadelphia Pike                P.O. Box 33345
Wilkes Barre, PA 18773-9635           Claymont, DE 19703-3102               Philadelphia, PA 19142-0545


First Premier Bank                    (p)JEFFERSON CAPITAL SYSTEMS LLC      Jefferson Capital Systems, LLC
PO Box 5524                           PO BOX 7999                           P.O. Box 772813
Sioux Falls, SD 57117-5524            SAINT CLOUD MN 56302-7999             Chicago, IL 60677-2813


KML Law Group                         Keybank, N.A.                         Lendmark Financial
701 Market Street                     4910 Tiedmann Road                    P.O. Box 2969
Suite 5000                            Client Svcs OH 01-05-0562             Covington, GA 30015-7969
attn. Matthew Fissel, Esq.            Brooklyn, OH 44144-2338
Philadelphia, PA 19106-1541


McKenna, DuPont, Higgins & Stone      Midland Credit Management, Inc        Midland Funding, LLC
PO Box 610                            2365 Northside Drive                  Midland Credit Management, Inc.
Red Bank, NJ 07701-0610               Suite 300                             PO Box 2011
                                      San Diego, CA 92108-2709              Warren, MI 48090-2011


PA Housing Finance Agency             PENNSYLVANIA HOUSING FINANCE AGENCY   PO Box 610
2101 N. Front Street                  C/O Rebecca A. Solarz, Esq.           C/O McKenna, DuPont, Higgins & Ston
Harrisburg, PA 17110-1086             KML Law Group                         PO Box 610
                                      701 Market Street Suite 5000          PO Box 610
                                      Philadelphia, PA. 19106-1541          Red Bank, NJ 07701-0610
```

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101-1406

Pinnacle Federal Credit Union
135 Raritan Center Parkway
Edison, NJ 08837-3645

(p)PLAZA SERVICES  LLC
ATTN MANNY WILLIAMS
110 HAMMOND DRIVE
SUITE 110
ATLANTA GA 30328-4806

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Premier Bankcard, Llc
Jefferson Capital Systems LLC Assignee
Po Box 7999
Saint Cloud Mn 56302-7999

Radius Global Solutions LLC
P.O. Box 390905
Mail Code USAA
Minneapolis, MN 55439-0905

Sprint
KSOPHT0101-Z4300
6391 Sprint Parkway
Overland Park, KS 66251-4300

The Bank of Missouri-Total Visa
P.O. Box 85710
Sioux Falls, SD 57118-5710

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street
Suite 502
Philadelphia, PA 19106-2908

Verizon
P.O. Box 650584
Dallas, TX 75265-0584

(p)CITY OF PHILADELPHIA LAW DEPARTMENT
MUNICIPAL SERVICES BUILDING
1401 JOHN F KENNEDY BLVD 5TH FLOOR
PHILADELPHIA PA 19102-1617

Web Bank Fingerhut
6250 Ridgewood ROA
Saint Cloud, MN 56303-0820

Katie E. Bryant
523 Rosalie Street
Philadelphia, PA 19120-1221

WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105-1229