# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                                                            Chapter 13

    KATIE  E. BRYANT                                      Bankruptcy No. 20-10622-AMC

    523 ROSALIE STREET

    PHILADELPHIA, PA 19120-


    Debtor

## CERTIFICATE OF SERVICE

**AND NOW,** comes William C. Miller, Esquire, chapter 13 standing trustee, and certifies that he served the attached Objection to Confirmation of Chapter 13 Plan on the following parties

**Debtor(s), at the address listed, by first class mail.**
    KATIE  E. BRYANT

    523 ROSALIE STREET

    PHILADELPHIA, PA 19120-

**Counsel for debtor(s), by electronic notice only.**
    CHRISTOPHER G. CASSIE
    230 S. BROAD ST., SUITE 1400

    PHILADELPHIA, PA 19102-

**Counsel for the United States Trustee, by electronic notice only.**
    Office of the U.S. Trustee
    Eastern District of Pennsylvania
    833 Chestnut Street, Suite 500
    Philadelphia, PA  19107

Date: 5/7/2020                                                                                  /s/ William C. Miller

                                                                                                 _____
                                                                                                 William C. Miller, Esquire
                                                                                                 Chapter 13 Standing Trustee