## UNITED STATES BANKRUPTCY COURT
### EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:  Katie E. Bryant | : | Case No.  20-10622-amc |
| | : | |
| | : | |
| | : | |
| Debtor | : | Chapter 13 |
| | : | |
| | : | |

## CERTIFICATE OF SERVICE

I, Christopher G. Cassie, Esquire of Spear Wilderman, P.C., hereby certify that Second Amended Chapter 13 Plan was served on August 12, 2020, by First Class U.S. Mail to the follow parties on the attached service list:

 

/s/ Christopher G. Cassie
Christopher G. Cassie, Esquire
SPEAR WILDERMAN, P.C.
Suite 1400, 230 S. Broad Street
Philadelphia, PA 19102
215-732-0101 (telephone)
215-732-7790 ( fax)

Date: August 17, 2020

## Service List
### Katie E. Bryant Case No. 20-10622-amc

Debtor
Katie Bryant
523 Rosalie Street
Philadelphia, PA 19120

Trustees
WILLIAM C. MILLER, Esq.
Chapter 13 Trustee
P.O. Box 1229
Philadelphia, PA 19105-1229

United States Trustee
Office of the U.S. Trustee
200 Chestnut Street 1401
Suite 502
Philadelphia, PA 19106-2908

Creditors
Cavalry SPV I, LLC
500 Summit Lake Drive
Suite 400
Valhalla, NY 10595

Bridgecrest Credit Company, LLC
PO Box 29018
Phoenix, AZ 85038

Portfolio Recovery Associates, LLC
POB 41067
Norfolk, VA 23541

Pinnacle Federal Credit Union
C/O McKenna, DuPont, Higgins & Stone
PO Box 610
Red Bank, NJ 07701-0770

Midland Funding, LLC
c/o Midland Credit Management, Inc.
PO Box 2011
Warren, MI 48090

Premier Bankcard, LLC
c/o Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

Pennsylvania Housing Finance Agency
211 North Front Street
Harrisburg, PA 17101

Atlas Acquisitions LLC
294 Union St.
Hackensack, NJ 07601

Water Revenue Bureau
Tax & Revenue Unit
1401 John F. Kennedy Blvd., 5th Floor
Philadelphia, PA 19102-1595
Attn: Pamela E. Thurmond


Dept of Labor & Industry
Office of Chief Counsel
651 Boas Street, 10th Floor
Harrisburg PA 17121