**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-10622-amc |
| Katie E. Bryant a/k/a Katie Blue a/k/a Katie Bryant Blue | : Chapter 13 |
| Debtor | : |
| Bridgecrest Credit Company, LLC | : |
| Movant | : |
| | : |
| vs. | : |
| | : |
| Katie E. Bryant a/k/a Katie Blue a/k/a Katie Bryant Blue | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

**CERTIFICATION OF NO ANSWER OR RESPONSE**
**TO MOTION FOR RELIEF FROM STAY**

I, Antonio, Bonanni, counsel for Bridgecrest Credit Company, LLC ("Movant"), hereby certify that no answer, objection, or other response to the Motion of Movant for Relief from Stay has been filed with the Court or served upon undersigned counsel.

WHEREFORE, Movant prays this Honorable Court to grant the relief requested in the Motion.

Date: 01/04/2021

/s / Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-10622-amc |
| Katie E. Bryant a/k/a Katie Blue a/k/a Katie | : Chapter 13 |
| Bryant Blue | : |
|       Debtor | : |
| Bridgecrest Credit Company, LLC | : |
|       Movant | : |
| | : |
|    vs. | : |
| | : |
| Katie E. Bryant a/k/a Katie Blue a/k/a Katie | : |
| Bryant Blue | : |
|      Debtor/Respondent | : |
|    and | : |
| William C. Miller, Esquire | : |
|      Trustee/Respondent | : |

### CERTIFICATE OF SERVICE OF
### CERTIFICATION OF NO ANSWER OR RESPONSE

     I, Antonio, Bonanni, certify under penalty of perjury that I served the above captioned pleading, Certification of No Answer of Response to Motion for Relief, on the parties at the addresses shown on 01/04/2021. The types of service made on the parties were: <u>Electronic Notification and/ or First Class Mail,</u> as noted below:

| | |
|---|---|
| Christopher G. Cassie, Esquire | Katie E. Bryant |
| Via ECF | 523 Rosalie Street |
| *Attorney for Debtor* | Philadelphia, PA 19120-1000 |
| | Via First Class Mail |
| William C. Miller, Esquire | *Debtor* |
| Via ECF | |
| *Trustee* | |

Dated: 01/04/2021

/s / Antonio Bonanni, Esquire
Antonio, Bonanni, Esquire
Hladik, Onorato & Federman, LLP
Attorney I.D. # 322940
298 Wissahickon Avenue
North Wales, PA 19454
Phone 215-855-9521
Email: abonanni@hoflawgroup.com