United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-10622-amc |
| Katie E. Bryant | Chapter 13 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 2 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 29, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katie E. Bryant, 523 Rosalie Street, Philadelphia, PA 19120-1221 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| cr | Email/Text: bnc@atlasacq.com | Apr 28 2021 01:48:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 1

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 29, 2021        Signature:      /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 27, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| ANTONIO G. BONANNI | on behalf of Creditor Bridgecrest Credit Company LLC abonanni@hoflawgroup.com, pfranz@hoflawgroup.com |
| CHRISTOPHER G. CASSIE | |

District/off: 0313-2 | User: admin | Page 2 of 2
Date Rcvd: Apr 27, 2021 | Form ID: pdf900 | Total Noticed: 2

|  |  |
|---|---|
|  | on behalf of Debtor Katie E. Bryant ccassie@spearwilderman.com  kbrand@spearwilderman.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER  Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| REBECCA ANN SOLARZ | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 7

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: | : Bankruptcy No. 20-10622-amc |
| Katie E. Bryant a/k/a Katie Blue a/k/a Katie Bryant Blue | : Chapter 13 |
| Debtor | : |
| Bridgecrest Credit Company, LLC | : |
| Movant | : |
| | : |
| vs. | : |
| Katie E. Bryant a/k/a Katie Blue a/k/a Katie Bryant Blue | : |
| Debtor/Respondent | : |
| and | : |
| William C. Miller, Esquire | : |
| Trustee/Respondent | : |

### CONSENT ORDER / STIPULATION AGREEMENT SETTLING
### MOTION FOR RELIEF FROM AUTOMATIC STAY AND CO-DEBTOR STAY

AND NOW, upon the Motion of Bridgecrest Credit Company, LLC ("Creditor"/ "Movant"), through its counsel, Hladik, Onorato & Federman, LLP, for relief from the automatic stay pursuant to Bankruptcy Code § 362(d) as to certain Motor Vehicle, more commonly known as a 2017 Nissan Versa, Vin #3N1CN7AP7HL846856 (the "Vehicle"), it is hereby agreed as follows:

Katie E. Bryant a/k/a Katie Blue a/k/a Katie Bryant Blue ("Debtor") acknowledges that they are due for the following post-petition regular monthly payments and amounts as follows:

| | |
|---|---|
| Bi-Weekly Payments (3/13/21 – 3/27/21 @ *$207.86*) | $415.72 |
| Attorney's fees/costs | $631.00 |
| Post-Petition Late Fees | $20.00 |
| Less Debtor's Suspense | ($40.68) |
| Arrears ("Arrears") | $1,026.04 |

1. Debtor shall cure the remaining Arrears as set forth above by paying one-twelfth (1/12) of the Arrears every two weeks (**$85.51/bi-weekly**) for the next twelve (12) bi-weekly payments, together with the regular bi-weekly payment (currently **$207.86/bi-weekly**), for a total combined payment of **$293.37** or the next twelve (12) bi-weekly payments beginning on *April 10, 2021*. In the event the payment changes for any reason, then the amount due pursuant to this Paragraph shall be adjusted accordingly. Thereafter, Debtor agrees to continue making the regular bi-weekly payments.

2. Debtor shall make the regular monthly payments required to the Trustee.

3. Debtor shall send all payments due directly to Creditor at the address below:

**Bridgecrest Credit Company, LLC**
**P.O. Box 29018**
**Phoenix, AZ 85038**

Bridgecrest Credit Company, LLC's loan #xxxxx6802 must appear on each payment.

4. In the event Debtor fails to amend his plan or make any of the payments set forth hereinabove on or before their due dates, Creditor and/or Counsel shall give Debtor and Counsel for Debtor notice of the default. If Debtor does not cure the default within ten (10) days of the notice, upon Certification of Default to the Court, and request for Order, with a copy to Debtor and Counsel for Debtor, Creditor shall be entitled to the entry of an order for relief from the bankruptcy stay.

5. The failure by the Creditor, at any time, to file a Certification of Default upon default by the Debtors shall not be construed, nor shall such failure act, as a waiver of any of Creditor's rights hereunder.

6. Upon issuance of the aforesaid Order, the parties hereto further agree that Creditor may proceed in state court to exercise all rights and remedies available to it as a under state and federal law including, but not limited to, Movant's ability to repossess the Vehicle pursuant to the Contract and allow Movant or any other purchaser at auction for its enforcement of and its right to possession of, title to, and/or purchase of the Vehicle.

7. In the event Debtor converts to a bankruptcy under Chapter 7 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within 10 days from the date the case is converted. If Debtor fails to make payments in accordance with this paragraph then the Creditor, through Counsel, may file a certification setting forth said failure and the Creditor shall be granted immediate relief from the automatic stay.

8. It is further agreed that the 14-day stay provided by Rule 4001(a)(3) is hereby waived.

9. The undersigned parties request that the Court enter an Order approving this Consent Order/Stipulation and the terms therein.

By signing this Stipulation, Counsel for Debtor represents that the Debtor is familiar with and understands the terms of this Stipulation and agrees to said terms regardless of whether the Debtor has actually signed this Stipulation. Seen and agreed by the parties on the date set forth below:

/s/ Antonio, Bonanni
Antonio, Bonanni, Esquire
Counsel for Creditor

Date: 04/01/2021

/s/
Christopher G. Cassie, Esquire
Counsel for Debtor

Date: 4/23/2021

/s/ Jack Miller, Esquire **
for William C. Miller, Esquire
Trustee
Date: 04/26/2021

**Trustee has no objection to the terms, without prejudice to any of our rights and remedies

AND NOW, this_____ day of _____, 2021, it is hereby ORDERED that this Stipulation Agreement between the parties is hereby approved.

**Date: April 27, 2021**

Honorable Ashely M. Chan
U.S. Bankruptcy Judge