# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KATIE E. BRYANT**

                        **Chapter 13**

**Debtor**                           **Case No. 20-10622**

## WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

      Kindly withdraw my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

                        BY: /s/ Christopher G. Cassie
                           CHRISTOPHER G. CASSIE, ESQUIRE
                           SPEAR WILDERMAN, P.C.
                           230 S. Broad Street, Ste. 1400
                           Philadelphia, PA  19102
                           (215) 732-0101
                           (215) 732-7790
                           ccassie@spearwilderman.com

      Kindly enter my appearance on behalf of Darrel Chapman in the above referenced Chapter 13 case.

                        BY:/s/ Vladislav Kachka
                           VLADISLAV KACHKA
                           SPEAR WILDERMAN, P.C.
                           230 S. Broad Street, Ste. 1400
                           Philadelphia, PA  19102
                           (215) 732-0101
                           (215) 732-7790
                           vkachka@spearwilderman. com