**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNYSLVANIA**

**In Re:**

**KATIE E. BRYANT**

                                      **Chapter 13**

**Debtor**                                      **Case No. 20-10622**

---

**WITHDRAW AND ENTRY OF APPEARANCE**

To the Clerk:

      Kindly withdraw my appearance on behalf of Katie E. Bryant in the above referenced Chapter 13 case.

                                                      BY: /s/ Christopher G. Cassie
                                                            CHRISTOPHER G. CASSIE, ESQUIRE
                                                             SPEAR WILDERMAN, P.C.
                                                             230 S. Broad Street, Ste. 1400
                                                             Philadelphia, PA  19102
                                                             (215) 732-0101
                                                             (215) 732-7790
                                                             ccassie@spearwilderman.com

      Kindly enter my appearance on behalf of Katie E. Bryant in the above referenced Chapter 13 case.

                                                        BY:/s/ Vladislav Kachka
                                                            VLADISLAV KACHKA
                                                           SPEAR WILDERMAN, P.C.
                                                           230 S. Broad Street, Ste. 1400
                                                           Philadelphia, PA  19102
                                                           (215) 732-0101
                                                           (215) 732-7790
                                                           vkachka@spearwilderman. com