## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KATIE E. BRYANT**

**Chapter 13**

**Debtor**                                              **Case No. 20-10622**

---

### WITHDRAW AND ENTRY OF APPEARANCE

To the Clerk:

    Kindly withdraw my appearance on behalf of Katie E. Bryant in the above referenced Chapter 13 case.

                                         BY: /s/ Vladislav Kachka
                                             VLADISLAV KACHKA, ESQUIRE
                                             SPEAR WILDERMAN, P.C.
                                             230 S. Broad Street, Ste. 1400
                                             Philadelphia, PA 19102
                                             (215) 732-0101
                                             (215) 732-7790
                                             vkachka@spearwilderman.com

    Kindly enter my appearance on behalf of Katie E. Bryant in the above referenced Chapter 13 case.

                                         BY:/s/ Ashley M. Sullivan
                                             ASHLEY M. SULLIVAN, ESQUIRE
                                             SPEAR WILDERMAN, P.C.
                                             230 S. Broad Street, Ste. 1400
                                             Philadelphia, PA 19102
                                             (215) 732-0101
                                             (215) 732-7790
                                             asullivan@spearwilderman. com