# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

**In Re:**

**KATIE BRYANT**

           **Chapter 13**

**Debtor**           **Case No. 20-10622**

---

## ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

    Kindly enter my appearance on behalf of Katie Bryant in the above referenced Chapter 13 case.

        BY: /s/ Vladislav Kachka
        VLADISLAV KACHKA, ESQUIRE
        SPEAR WILDERMAN, P.C.
        230 S. Broad Street, Ste. 1400
        Philadelphia, PA 19102
        (215) 732-0101
        (215) 732-7790
        vkachka@spearwilderman.com

    Kindly withdraw my appearance on behalf of Katie Bryant in the above referenced Chapter 13 case.

        BY:/s/ Ashley M. Sullivan
        ASHLEY M. SULLIVAN, ESQUIRE
        SPEAR WILDERMAN, P.C.
        230 S. Broad Street, Ste. 1400
        Philadelphia, PA 19102
        (215) 732-0101
        (215) 732-7790
        asullivan@spearwilderman. com