# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 20-10622-AMC

KATIE E. BRYANT

523 ROSALIE STREET

PHILADELPHIA, PA 19120-

    Debtor

## **CERTIFICATE OF SERVICE**

**AND NOW**, comes Kenneth E. West, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

KATIE E. BRYANT

523 ROSALIE STREET

PHILADELPHIA, PA 19120-

Counsel for debtor(s), by electronic notice only.

VLADISLAV KACHKA
230 SOUTH BROAD ST., STE. 1400

PHILADELPHIA, PA 19102-

Date: 12/14/2022

/S/ Kenneth E. West
_____
Kenneth E. West, Esquire
Chapter 13 Standing Trustee