# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNYSLVANIA

In Re:

**KATIE BRYANT**

                                                             Chapter 13

**Debtor**                                                  Case No. 20-10622

---

## ENTRY AND WITHDRAW OF APPEARANCE

To the Clerk:

      Kindly enter my appearance on behalf of Katie Bryant in the above referenced Chapter 13 case.

                                            BY: /s/ Akeem J. Parsons
                                                  AKEEM J. PARSONS, ESQUIRE
                                                  SPEAR WILDERMAN, P.C.
                                                  230 S. Broad Street, Ste. 1400
                                                  Philadelphia, PA  19102
                                                  (215) 732-0101
                                                  (215) 732-7790 (fax)
                                                  aparsons@spearwilderman.com


      Kindly withdraw my appearance on behalf of Katie Bryant in the above referenced Chapter 13 case.

                                            BY: /s/  Vladislav Kachka
                                                  VLADISLAV KACHKA, ESQUIRE
                                                  SPEAR WILDERMAN, P.C.
                                                  230 S. Broad Street, Ste. 1400
                                                  Philadelphia, PA  19102
                                                  (215) 732-0101
                                                  (215) 732-7790 (fax)
                                                  vkachka@spearwilderman.com