# U.S. BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
KATIE E. BRYANT	:	CHAPTER 13

　　Debtor	:	NO. 20-10622-AMC

## **ORDER**

**AND NOW,** this 18th day of April 2023, this matter having been brought before the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN, and a hearing having been held and for good cause shown, it is hereby ORDERED and DECREED that Debtor's Motion is granted, and Debtor's payments shall be $448.00 per month for 25 months, beginning February, 2023.

_____
**Ashely M. Chan**
**U.S. Bankruptcy Judge**