**U.S. BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
KATIE E. BRYANT                    :        CHAPTER 13


                    Debtor        :        NO. 20-10622-AMC


## <u>AMENDED ORDER</u>


   **AND NOW,** this 26th day of     April            2023, this matter having been brought

before the Court upon Debtor's MOTION TO MODIFY CHAPTER 13 PLAN, and a hearing

having been held and for good cause shown, it is hereby ORDERED and DECREED that

Debtor's Motion is granted, and Debtor's payments shall be $740.00 per month for 24 months,

beginning February 2023.

_____
**Ashely M. Chan**
**U.S. Bankruptcy Judge**