United States Bankruptcy Court
Eastern District of Pennsylvania

In re: Case No. 20-10622-amc
Katie E. Bryant Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2  User: admin  Page 1 of 4
Date Rcvd: Sep 19, 2024  Form ID: pdf900  Total Noticed: 47

The following symbols are used throughout this certificate:
**Symbol    Definition**
+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.
++          Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).
^           Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 21, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Katie E. Bryant, 523 Rosalie Street, Philadelphia, PA 19120-1221 |
| 14460703 | + | City of Philadelphia, P.O. Box 56318, Philadelphia, PA 19130-6318 |
| 14460708 | + | Eagle One Federal Credit Union, 3301 Philadelphia Pike, Claymont, DE 19703-3102 |
| 14460709 | + | Eagle One Federal Credit Union, P.O. Box 33345, Philadelphia, PA 19142-0545 |
| 14478460 | + | McKenna, DuPont, Higgins & Stone, PO Box 610, Red Bank, NJ 07701-0610 |
| 14460719 | + | Office of Unemployment Compensation Benefits Polic, Dept of Labor & Industry, Office of Chief Counsel, 651 Boas Street, 10th Floor, Harrisburg PA 17121-0751 |
| 14473185 | + | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O Rebecca A. Solarz, Esq., KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14523305 |   | Pennsylvania Department of Labor, and Industry, Office of Unemployment Compensation, Harrisburg, PA 17106 |
| 14460720 |   | Philadelphia Court of Common Pleas, City Hall, Room 296, Trial Division - Civil, Philadelphia, PA 19107 |
| 14478461 | + | Pinnacle Federal Credit Union, C/O McKenna, DuPont, Higgins & Stone, PO Box 610, Red Bank, NJ 07701-0610 |

TOTAL: 10

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 19 2024 23:58:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | | Email/Text: bnc@atlasacq.com | Sep 19 2024 23:58:00 | Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14489849 | | Email/Text: bnc@atlasacq.com | Sep 19 2024 23:58:00 | Atlas Acquisitions LLC, CO Avi Schild, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 14460698 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 20 2024 00:07:30 | Best Buy/CBNA, P.O. Box 6497, Sioux Falls, SD 57117-6497 |
| 14460699 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 19 2024 23:59:00 | Bridgecrest Acceptance Corp., 7300 E Hampton Ave, Suite 101, Mesa, AZ 85209-3324 |
| 14466206 | + | Email/Text: rm-bknotices@bridgecrest.com | Sep 19 2024 23:59:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14460700 | | Email/Text: caineweiner@ebn.phinsolutions.com | Sep 19 2024 23:58:33 | Caine & Weiner, P.O. Box 55848, Sherman Oaks, CA 91411 |
| 14460729 | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | Water Revenue Bureau, 1401 John F Kennedy Blvd, Room 580, Philadelphia, PA 19102 |
| 14501491 | | Email/Text: megan.harper@phila.gov | Sep 19 2024 23:59:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy |

Case 20-10622-amc   Doc 75   Filed 09/21/24   Entered 09/22/24 00:36:21   Desc Imaged
                              Certificate of Notice   Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14460701 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 20 2024 00:06:46 | Capital One /Best Buy, P.O. Box 30253, Salt Lake City, UT 84130-0253 |
| 14460702 | + | Email/Text: bankruptcy@cavps.com | Sep 19 2024 23:59:00 | Cavalry Portfolio Services, 500 Summit Lake Drste 4A, Valhalla, NY 10595-2323 |
| 14463102 | + | Email/Text: bankruptcy@cavps.com | Sep 19 2024 23:59:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 14460704 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 19 2024 23:58:00 | Comenity Bank/LaneBryant, PO Box 182789, Columbus OH 43218-2789 |
| 14460705 | + | Email/Text: ebnnotifications@creditacceptance.com | Sep 19 2024 23:57:00 | Credit Acceptance Corporation, P.O. Box 5070, Southfield, MI 48086-5070 |
| 14460706 | | Email/PDF: creditonebknotifications@resurgent.com | Sep 20 2024 00:07:02 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 14460707 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Sep 20 2024 00:07:03 | Department of ED/Navient, P.O. Box 9635, Wilkes Barre, PA 18773-9635 |
| 14460712 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Sep 20 2024 00:07:10 | First Premier Bank, PO Box 5524, Sioux Falls, SD 57117-5524 |
| 14488513 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 14460713 | | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Jefferson Capital Systems, LLC, P.O. Box 772813, Chicago, IL 60677-2813 |
| 14460715 | ^ | MEBN | Sep 19 2024 23:55:34 | KML Law Group, 701 Market Street, Suite 5000, attn. Matthew Fissel, Esq., Philadelphia, PA 19106-1541 |
| 14460714 | + | Email/Text: key_bankruptcy_ebnc@keybank.com | Sep 19 2024 23:59:00 | Keybank, N.A., 4910 Tiedmann Road, Client Svcs OH 01-05-0562, Brooklyn, OH 44144-2338 |
| 14460716 | | Email/Text: bk@lendmarkfinancial.com | Sep 19 2024 23:57:00 | Lendmark Financial, P.O. Box 2969, Covington, GA 30015 |
| 14460717 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 23:59:00 | Midland Credit Management, Inc, 2365 Northside Drive, Suite 300, San Diego, CA 92108-2710 |
| 14485601 | + | Email/Text: bankruptcydpt@mcmcg.com | Sep 19 2024 23:59:00 | Midland Funding, LLC, Midland Credit Management, Inc., PO Box 2011, Warren, MI 48090-2011 |
| 14460718 | | Email/Text: blegal@phfa.org | Sep 19 2024 23:59:00 | PA Housing Finance Agency, 2101 N. Front Street, Harrisburg, PA 17110-1086 |
| 14460722 | | Email/Text: info@plazaservicesllc.com | Sep 19 2024 23:57:00 | Plaza Services, 110 Hammond Drive, Atlanta, GA 30328 |
| 14460723 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:07:20 | Portfolio Recovery Associates, LLC, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502 |
| 14472369 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 20 2024 00:07:35 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14490093 | + | Email/Text: blegal@phfa.org | Sep 19 2024 23:59:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14460721 | | Email/Text: Bankruptcy@pinnaclefcu.com | Sep 19 2024 23:58:00 | Pinnacle Federal Credit Union, 135 Raritan Center Parkway, Edison, NJ 08837-3625 |
| 14488424 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 19 2024 23:59:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14460724 | + | Email/Text: ngisupport@radiusgs.com | Sep 19 2024 23:58:00 | Radius Global Solutions LLC, P.O. Box 390905, Mail Code USAA, Minneapolis, MN 55439-0905 |
| 14460725 | | Email/PDF: ais.sprint.ebn@aisinfo.com | Sep 20 2024 00:07:20 | Sprint, KSOPHT0101-Z4300, 6391 Sprint |

Case 20-10622-amc  Doc 75  Filed 09/21/24  Entered 09/22/24 00:36:21  Desc Imaged
Certificate of Notice  Page 3 of 5

| District/off: 0313-2 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 47 |

| | | | | |
|---|---|---|---|---|
| | | | | Parkway, Overland Park, KS 66251-4300 |
| 14460726 | + | Email/Text: famc-bk@1stassociates.com | Sep 19 2024 23:59:00 | The Bank of Missouri-Total Visa, PO Box 85710, Sioux Falls, SD 57118-5710 |
| 14460728 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 19 2024 23:57:00 | Verizon, P.O. Box 650584, Dallas, TX 75265-0584 |
| 14460697 | + | Email/Text: bnc-bluestem@quantum3group.com | Sep 19 2024 23:59:00 | Web Bank Fingerhut, 6250 Ridgewood ROA, Saint Cloud, MN 56303-0820 |

TOTAL: 37

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, 492C Cedar Lane, Ste 442, Teaneck, NJ 07666 |
| 14490950 | *P++ | ATLAS ACQUISITIONS LCC, 492C CEDAR LANE SUITE 442, TEANECK NJ 07666-1713, address filed with court:, Atlas Acquisitions LLC, CO Avi Schild, 492C Cedar Lane, Ste 442, Teaneck NJ 07666 |
| 14510209 | *P++ | CITY OF PHILADELPHIA LAW DEPARTMENT, MUNICIPAL SERVICES BUILDING, 1401 JOHN F KENNEDY BLVD 5TH FLOOR, PHILADELPHIA PA 19102-1617, address filed with court:, Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 19102-1595 |
| 14460711 | *+ | Eagle One Federal Credit Union, P.O. Box 33345, Philadelphia, PA 19142-0545 |
| 14460710 | *+ | Eagle One Federal Credit Union, 3301 Philadelphia Pike, Claymont, DE 19703-3102 |
| 14460727 | *+ | The Bank of Missouri-Total Visa, P.O. Box 85710, Sioux Falls, SD 57118-5710 |

TOTAL: 0 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2024          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 19, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| AKEEM J. PARSONS | on behalf of Debtor Katie E. Bryant akeemparsonsesq@gmail.com aparsons@spearwilderman.com |
| ANTONIO G. BONANNI | on behalf of Creditor Bridgecrest Credit Company LLC antonio.bonanni@law.njoag.gov, pfranz@hoflawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor Pennsylvania Housing Finance Agency bkgroup@kmllawgroup.com |
| JACK K. MILLER | on behalf of Trustee WILLIAM C. MILLER Esq. philaecf@gmail.com, ecfemails@ph13trustee.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| LEON P. HALLER | |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: Sep 19, 2024 | Form ID: pdf900 | Total Noticed: 47 |

on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com

United States Trustee

USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 7

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    KATIE  E. BRYANT<br><br>            Debtor | Chapter 13<br><br>Bankruptcy No. 20-10622-AMC |

## ORDER

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Esq., Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** <u>if</u> the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

**Date: September 19, 2024**

_____
Honorable Ashely M. Chan
Bankruptcy Judge